WARREN, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by William Warren against the Degnon Contracting Company. No opinion. Judgment of the Municipal Court reversed, on the ground that the present record shows that the negligence, if any, was that of a fel-

low servant of the plaintiff in removing a lid, which had been provided by the master,, from the hole, and new trial ordered, costs to abide the event.